UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIANA LEBEAU,<br><br>Defendant | Criminal No. 21cr10165<br><br>Violation:<br><br><u>Count One</u>: Attempted Unauthorized Access to Protected Computers<br>(18 U.S.C. §§ 1030(a)(2)(c), (b) & (c)(2)(A))<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. §§ 982(a)(2)(B) & 1030(i)) |

<u>INFORMATION</u>

At all times relevant to this Information:

<u>General Allegations</u>

1. The defendant, DIANA LEBEAU, lived in Providence County, Rhode Island.

2. "Phishing" was a computer intrusion technique used to obtain access without authorization to victim systems or accounts. Phishing that targeted specific individuals was known as "spear phishing". A spear phishing attack typically began with an email to a potential victim that purported to come from a legitimate source, such as an authorized user on the victim's network, an individual the victim knew, or a business from which the victim would expect to receive an email. The email, which often had the look and feel of a legitimate communication, could be used to distribute malicious software to a victim's network or to trick the victim into giving up his or her account credentials (*i.e.*, usernames and passwords).

1

The Phishing Scheme

3. In or about January 2020, LEBEAU sent spear phishing emails to approximately 22 members of the campaign staff of a candidate for political office. The emails, which purported to be from either the campaign's managers or one of the campaign's co-chairs, directed the recipients to put their account credentials into an attached spreadsheet, or to click a link that connected them to a Google Form that solicited the same credentials. LEBEAU used the candidate's name to register the email accounts and the Google Form.

4. In or about January and February 2020, LEBEAU sent several spear phishing emails to the candidate's spouse and to others at the spouse's workplace. The emails, which purported to be either from Microsoft's "Security Team" or from an employee of the workplace's technology helpdesk, requested that recipients enter account credentials or other information about their computers into attached spreadsheets or at a website that mimicked the appearance of the employer's legitimate website.

5. LEBEAU also made phone calls and sent other phishing emails to the workplace's technology helpdesk, asking in each instance that the helpdesk reset an employee's email account and provide a new password.

6. In or about March 2020, LEBEAU drafted and sent spear phishing emails purporting to be from a cable and internet provider to at least two email accounts that contained the name of another candidate for political office. The emails contained a false "login link" that the recipient could use to address an issue with his or her account by providing account credentials.

7. LEBEAU also impersonated this candidate in online chats with the cable and internet provider, in an attempt to reset and obtain the candidate's account password.

8. LEBEAU did not act with financial or political motive or to benefit any foreign government, instrumentality, or agent.

COUNT ONE
Attempted Unauthorized Access to a Protected Computer
(18 U.S.C. §§ 1030(a)(2)(C), (b) & (c)(2)(A))

The United States Attorney charges:

9. The United States Attorney re-alleges and incorporates by reference paragraphs 1 through 8 of this Information.

10. On or about January 30, 2020, in the District of Massachusetts and elsewhere, the defendant,

DIANA LEBEAU,

did intentionally attempt to access a computer without authorization and thereby obtain information from a protected computer, namely, network account credentials belonging to the spouse of a political candidate.

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (b), and (c)(2)(A).

## FORFEITURE ALLEGATION
(18 U.S.C. §§ 982(a)(2)(B) & 1030(i))

The United States Attorney further alleges:

11. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (b) & (c)(2)(A), set forth in Count One, the defendant,

DIANA LEBEAU,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense; and any personal property used, or intended to be used, to commit, or to facilitate the commission of, such offense. The property to be forfeited includes, but is not limited to, the following assets:

   a. One Black DELL Inspiron bearing serial number 16808940794;
   b. One My Passport external hard drive bearing serial number WX11A29725CP;
   c. One Black HTC Phone (Model: 2Q5W100);
   d. One Microsoft Surface Pro gray in color;
   e. One book entitled the Art of Exploitation (Hacking) with notes;
   f. Two micro SD cards;
   g. One Blue Memorex flash drive;
   h. Black Memorex flash drive;
   i. One Dell Optiplex 7010 computer; and
   j. Miscellaneous papers and notebooks.

12. If any of the property described in Paragraph 11, above, as being forfeitable pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Sections 982(b)(2) and 1030(i)(2), each incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 8 above.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i).

_____
SETH B. KOSTO
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS